JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.A.R. ENTERPRISES, INC., et al., | NO. CV 08-02940 SJO (SSx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| IGNACIO DIAZ CERVANTES, et al., | |
| Defendant. | |

This action came before the Court on Plaintiff R.A.R. Enterprises, Inc.'s ("RAR") "Motion for Entry of Default Judgment Against Defendant." After full consideration of RAR's Motion and all admissible evidence and documents submitted in support, the Court granted RAR's motion as to its claims against Defendant Ignacio Diaz Cervantes ("Diaz").

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That judgment be entered in favor of RAR on all claims; and
2. That judgment in the amount of $176,841.30 (consisting of $176,566.30 in principal damages and $275 in costs) is hereby awarded to RAR against Diaz.

IT IS SO ADJUDGED.

Dated this 12th day of August, 2008.                    /S/ S. James Otero

                                                                    S. JAMES OTERO
                                                            UNITED STATES DISTRICT JUDGE